IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PETER TERENCE RUSS,**

    **Plaintiff,**

v.                                            **CASE NO. 5:14-cv-164-RS-EMT**

**TAMICE WILLIAMS, et al.,**

    **Defendants.**

_____/

## ORDER

Before me are the December 19, 2014, Magistrate Judge's Report and Recommendation (Doc.14), Plaintiff's Motion Object [sic] to the Magistrates Ruling (Doc. 15), and Plaintiff's Motion to Add Paperwork (Doc. 16). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failure to state a claim upon which relief may be granted.

3. The relief requested in Plaintiff's Motion to Add Paperwork (Doc. 16) is **DENIED**.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**ORDERED** on December 30, 2014.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**